IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLUE SPHERE, INC. d/b/a LUCKY 13 and ROBERT A. KLOETZY,<br><br>Plaintiffs,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, et al.,<br><br>Defendants. | Case No. 22-cv-4862<br><br>**Judge Ronald A. Guzman**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiffs BLUE SPHERE, INC., d/b/a LUCKY 13 and ROBERT A. KLOETZY ("Plaintiffs") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Plaintiffs having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Plaintiffs having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiffs have provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiffs' federally registered trademarks (the "LUCKY 13 Trademarks") to residents of Illinois. In this case, Plaintiffs have presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the LUCKY 13 Trademarks. *See* Docket Nos.12-18, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the LUCKY 13 Trademarks.

A list of the LUCKY 13 Trademarks is included in the below chart.

| Registration Number | Registered Trademark | International Classes |
|---|---|---|
| 2,970,316 | LUCKY 13 | 18, 26 |
| 2,974,104 | Lucky 13 | 12 |
| 3,022,964 | LUCKY 13 | 6, 16, 21 |
| 3,049,988 | TATOO YOUR SOUL | 25, 35 |
| 3,207,294 | LUCKY 13 | 25, 35 |
| 3,250,642 | LUCKY 13 | 14 |

| 4,380,254 | Grease Gas & Glory | 25, 35 |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*).

Accordingly, this Court orders that Plaintiffs' Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the LUCKY 13 Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine LUCKY 13 product or not authorized by Plaintiffs to be sold in connection with the LUCKY 13 Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine LUCKY 13 product or any other product produced by Plaintiffs, that is not Plaintiffs' or not produced under the authorization, control, or supervision of Plaintiffs and approved by Plaintiffs for sale under the LUCKY 13 Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of

       Plaintiffs, or are sponsored by, approved by, or otherwise connected with Plaintiffs; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear any of Plaintiffs' trademarks, including the LUCKY 13 Trademarks, or any reproductions, counterfeit copies or colorable imitations.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order, shall, at Plaintiffs' choosing:

    a. transfer the Defendant Domain Names to Plaintiffs' control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Plaintiffs' selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Plaintiffs' selection; or

    b. disable the Defendant Domain Names and make them inactive and untransferable.

3. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com and

        ContextLogic, Inc. d/b/a Wish.com ("Wish.com") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

            a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the LUCKY 13 Trademarks; and

            b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the LUCKY 13 Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine LUCKY 13 product or not authorized by Plaintiffs to be sold in connection with the LUCKY 13 Trademarks.

4.     Upon Plaintiffs' request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the LUCKY 13 Trademarks.

5.     Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiffs are awarded statutory damages from each of the Defaulting Defendants in the amount of One Hundred Thousand dollars ($100,000) for willful use of counterfeit LUCKY 13 Trademarks on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

6. Any Third Party Providers holding funds for Defaulting Defendants, including Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 6 above) or other of Defaulting Defendants' assets.

7. All monies (up to the amount of the statutory damages awarded in Paragraph 6 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to Plaintiffs as partial payment of the above-identified damages, and Third Party Providers, including Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to Plaintiffs the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

8. Until Plaintiffs have recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiffs shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

9. In the event that Plaintiffs identify any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiffs may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Robert A. Kloetzy and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The Ten Thousand dollar ($10,000) surety bond posted by Plaintiffs are hereby released to its counsel, Michael A. Hierl of Hughes Socol Piers Resnick & Dym, Ltd.. The Clerk

of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Michael A. Hierl of Hughes Socol Piers Resnick & Dym, Ltd. at Three First National Plaza, 70 W. Madison Street, Suite 4000, Chicago, IL 60602.

This is a Default Judgment.

Dated: January 17, 2023

                                                                Ronald A. Guzman
                                                                United States District Judge

**Amended Schedule A**

| No. | Defendant Name / Alias |
|---|---|
| 1 | Alice Patel |
| 2 | aslpemhdu |
| 3 | BaiXiaoYu |
| 4 | buxianjie55713 |
| 5 | CaimiyamP |
| 6 | cajwhwaa |
| 7 | chenlei00 |
| 8 | chenshixian78062 |
| 9 | CuiXiaoYuan |
| 10 | ETCV56FG |
| 11 | FFFJJJH |
| 12 | FOXffhuccu |
| 13 | Goldfort |
| 14 | hehao65399405 |
| 15 | Heidi Dobos |
| 16 | hgdhh445fj8g |
| 17 | House_Merci |
| 18 | hufang7624 |
| 19 | James Naquin |
| 20 | jdiajdsoidplaode |
| 21 | Jiangyu00586 |
| 22 | jianlinxiaohao |
| 23 | JianLonChen |
| 24 | jkjdwnh8y |
| 25 | JonathanHuberypGiYk |
| 26 | Kenneth Gomez |
| 27 | khanhvidang48959 |
| 28 | Kilbazar |
| 29 | Kimberlycl |
| 30 | koujhjy |
| 31 | ldiwhdqpd |
| 32 | Lieer Shortshirts |
| 33 | LiFangFali |
| 34 | LiHuaKang |
| 35 | LiuChunShuan |
| 36 | LiYangXia |
| 37 | LiYueFeng |
| 38 | Shop1102161173 Store |

| 39 | Shop1102178941 Store |
|----|----------------------|
| 40 | 19880421 |
| 41 | 30 segundos |
| 42 | AAhookxchf |
| 43 | AbigailSidneySidontPkR |
| 44 | Aileen Low |
| 45 | alibopka |
| 46 | Amy Bennett |
| 47 | Anegiou Baby's |
| 48 | Anitaabhn |
| 49 | anlizhaomi7685123 |
| 50 | Antond |
| 51 | ArmstrongAuroradGtBu |
| 52 | astorgapatrick |
| 53 | banerjihdyxuin |
| 54 | Barb White |
| 55 | Barbetket |
| 56 | barnerbaoxlis |
| 57 | Barrycx |
| 58 | Belawere |
| 59 | Bertha Celestin |
| 60 | Betty C Holder |
| 61 | Billy Keith |
| 62 | burguerazul |
| 63 | CaoXueLiu |
| 64 | Careulan Fans |
| 65 | Casa de Oracion |
| 66 | Catherinemgl |
| 67 | changpanfeng886 |
| 68 | chenyouliang1453 |
| 69 | chevdl8xztjm |
| 70 | chuzhulong60053 |
| 71 | Clifford McGarry |
| 72 | Coursemichae |
| 73 | d3h4i4i4 |
| 74 | Dannishijie |
| 75 | Danny Spaulding |
| 76 | DAVID CORNN JR |
| 77 | Dawn Coleman |
| 78 | Debriyren Bedclotehs |
| 79 | Demaxia Lesenten morrezion Artstore |

| 80  | Dingjinhua66059 |
|-----|-----------------|
| 81  | doughmaker |
| 82  | DUANJUNWU19v5 |
| 83  | duweijun1900 |
| 84  | duwnwhey |
| 85  | DZWTG |
| 86  | earvines |
| 87  | ElectroAuto HH |
| 88  | Emersoncheu |
| 90  | Fashionyourway |
| 91  | fengting fashion |
| 92  | FSdfgx |
| 93  | GabrielleKentzIoBc |
| 94  | Gaochongyang375 |
| 95  | GaoMingPen |
| 96  | gaoxiuxiu123 |
| 97  | gaozhenzhne8936 |
| 98  | Garrett Bollinger |
| 99  | gexinhu57785 |
| 100 | gfhxdh |
| 101 | Glen McClain |
| 102 | gongxuran37201 |
| 103 | gouguangfan supper-market |
| 104 | Graciela Harris |
| 105 | guoweilong33734 |
| 106 | gusiqi |
| 107 | Hair Braiding Salon |
| 108 | HelenStanfordoCuOuH |
| 109 | heying778 |
| 110 | hgfhgdrghcj |
| 111 | HildaHarlanhPoOjD |
| 112 | huanshhuansh |
| 113 | HuanWeiLi |
| 114 | hujing269 |
| 115 | huzhongstore |
| 116 | hyongfeng |
| 117 | HZCZMSZX |
| 118 | In Home Pet Euthanasia |
| 119 | Jacquecr |
| 120 | Jason McWhirt |
| 121 | Jiang you112700 |

| 122 | jingjingde |
|---|---|
| 123 | jingjingyouwei99 |
| 124 | Jirongyao521596636 |
| 125 | JosephSophiahRqJj |
| 126 | Joyce Banks |
| 127 | kaihekiaghe520 |
| 128 | kaixuan trading company |
| 129 | kangjiafu62124 |
| 130 | kanykang |
| 131 | Kaptun Pianowe Famelaik |
| 132 | Kennetblaze |
| 133 | Kimberly Thomsen |
| 134 | kinedxb |
| 135 | kjhgfsd |
| 136 | LaDonnike Morgan |
| 137 | Lam marker |
| 138 | laosmeb |
| 139 | Lashanda |
| 140 | liangmingli95 |
| 141 | LiCuiYing |
| 142 | Lific |
| 143 | liguangyun21375 |
| 144 | lihuajian6902 |
| 145 | Lijungoodsstore |
| 146 | lilixin2020 |
| 147 | limingrong8338 |
| 148 | lipengfei33458 |
| 149 | lirunyu9876 |
| 150 | lisuying55197 |
| 151 | LiTingYi |
| 152 | liuchong1234 |
| 153 | liujiqlll |
| 154 | liulanying888 |
| 155 | liuleil |
| 156 | liuxiaocheng |
| 157 | liuxiujun5600 |
| 158 | liuxuelin16621 |
| 159 | liuzhen1 |
| 160 | LiuZhuangShi |
| 161 | liweijieg |
| 162 | lixin71217 |

| 163 | liXlunch |
|---|---|
| 164 | lixuezhen1314 |
| 165 | liyang82383 |
| 166 | lizhch |
| 167 | LiZhiKai |
| 168 | Lorinda Vance |
| 169 | lovettebrendan |
| 170 | Lpdab |
| 171 | lqwen |
| 172 | lucky glil |
| 173 | lujiazhen92883 |
| 174 | Luxue20 |
| 175 | Telabeen Salen Francen |
| 176 | BICHY |
| 177 | botoushixinliangwujinzhipinyouxiangongsi |
| 178 | caonidaye |
| 179 | DATNEAKY |
| 182 | Junzhou |
| 183 | LAVIEST |
| 184 | LINHCHIBI |
| 185 | NNST STORE |
| 186 | RINGSGIFT |
| 187 | ShopVN |
| 188 | STORE247 |
| 189 | sudecr |
| 192 | Thacopha |
| 193 | TPNJ |
| 195 | ynksn |
| 196 | YULANU |
| 197 | ZHJ Cheap shop |
| 199 | A litter Store |
| 200 | Alice clothing Store |
| 201 | Anime Dropship Store |
| 202 | Aufkleber Store |
| 203 | buckle world II |
| 204 | CEXIKA Store |
| 205 | Colorful 9 Store |
| 206 | DDB Store |
| 207 | Dropship Mask Store |
| 208 | E-CarLife Store |
| 209 | Ekko Car stickers Peace and Love Store |

| 210 | Hello Dropship Store |
|---|---|
| 211 | HUAILI Store |
| 212 | kadsa Store |
| 213 | LRGY Store |
| 214 | NINEN Store |
| 215 | Old Man Store |
| 216 | Shop1100003041 Store |
| 217 | Shop1100386925 Store |
| 218 | Shop1100387944 Store |
| 219 | Shop1100390921 Store |
| 220 | Shop1102055487 Store |
| 221 | Shop1102057467 Store |
| 222 | Shop1102058430 Store |
| 223 | Shop1102058473 Store |
| 224 | Shop1102060450 Store |
| 225 | Shop1102063397 Store |
| 226 | Shop1102064050 Store |
| 227 | Shop1102136607 Store |
| 228 | Shop1102140616 Store |
| 229 | Shop1102145085 Store |
| 230 | Shop1102186973 Store |
| 231 | Shop1102194452 Store |
| 232 | Shop1102196857 Store |
| 233 | Shop1195633 Store |
| 234 | Shop1757645 Store |
| 235 | Shop5881018 Store |
| 236 | Shop5889799 Store |
| 237 | Shop911142228 Store |
| 238 | Shop911192065 Store |
| 239 | Skirt Personality Store |
| 240 | Small Town Car Stickers Store |
| 241 | to be succeed ... li Store |
| 242 | TSHIRT2022 Store |
| 243 | varitystore55 Store |
| 244 | xiaoli cap Store |
| 245 | Xsoya Store |
| 246 | YESPLEASE Matt's Car Store |
| 247 | ymx01 Store |
| 248 | yue city Store |
| 249 | YUIN Official Store |
| 250 | yunhai Store |